**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Safe Electric, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5105022** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1170 Greenskeep Drive, Suite D**<br>**Kissimmee, FL 34741**<br>Number, Street, City, State & ZIP Code | **1428 Deuce Circle**<br>**Davenport, FL 33896**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Osceola**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **safeelectriccontractor.com** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Safe Electric, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____1731____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Safe Electric, LLC**                                                    Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Safe Electric, LLC**_____    Case number (*if known*)_____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Safe Electric, LLC**                                                    Case number (*if known*) _____
           Name

▮   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  2, 2023**
                MM / DD / YYYY

**X** _____            **Jesus A. Castro**
Signature of authorized representative of debtor    Printed name

Title   **Sole Managing Member**

**18. Signature of attorney**

**X** _____            Date  **June  2, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**      Email address   **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Safe Electric, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMEX Global Collections/Legal Group 200 Vesey St. New York, NY 10285 | | Credit Card | | | | $120,833.62 |
| AMEX Global Collections/Legal Group 200 Vesey St. New York, NY 10285 | | Credit Card | | | | $30,103.25 |
| AMEX Global Collections/Legal Group 200 Vesey St. New York, NY 10285 | | Credit Card | | | | $14,915.48 |
| AMEX Global Collections/Legal Group 200 Vesey St. New York, NY 10285 | | Credit Card | | | | $4,068.44 |
| Auto Owners Insurance Company 6101 Anacapri Blvd. Lansing, MI 48917 | | Insurance (Commercial Umbrella) | | | | $4,185.00 |
| Capital One Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0289 | | Credit Card | | | | $6,258.68 |

| Debtor | **Safe Electric, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0289** | | **Credit Card** | | | | **$20,254.44** |
| **Capital One Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0289** | | **Credit Card** | | | | **$16,416.65** |
| **Mayer Electric 3405 4th Ave. S Birmingham, AL 35222** | | **Trade Debt** | | | | **$11,570.22** |
| **Regions Bank Attn:  Bankruptcy 2050 Parkway Office Cir Birmingham, AL 35244** | | **Commercial Line of Credit Loan and Purchase Card Account** | | | | **$166,553.63** |
| **Regions Bank Attn:  Bankruptcy 2050 Parkway Office Cir Birmingham, AL 35244** | | **Commercial Loan** | | | | **$145,304.11** |
| **Rexel USA, Inc. P.O. Box 768 Attn: Credit Department Addison, TX 75001-0766** | | **Trade Debt** | | | | **$11,675.81** |
| **Sunbelt Rentals, Inc. P.O. Box 409211 Suite 22 Atlanta, GA 30384-9211** | | **Trade Debt** | | | | **$4,558.93** |
| **Sunstate Equipment Co, LLC 5552 E. Washington St. Phoenix, AZ 85034** | | **Trade Debt** | | | | **$7,969.12** |
| **The Home Depot, Inc. 2455 Paces Ferry Rd. Atlanta, GA 30339** | | **Trade Debt** | | | | **$80,978.18** |

Debtor  **Safe Electric, LLC**                                              Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Unique Funding Solutions, LLC c/o Yonatan Klestzick, Esq. 71 S. Central Ave. 2nd Floor Valley Stream, NY 11580 | | Loan | Contingent Unliquidated Disputed | | | $72,416.00 |
| United Rentals (North America) 100 First Stamford Place Suite 700 Stamford, CT 06902 | | Trade Debt | | | | $3,442.10 |
| US Small Business Admin. Litigation Unit 7825 Baymeadows Way Suite 100-B Jacksonville, FL 32256 | | Loan | | | | $189,000.00 |
| US Small Business Admin. Litigation Unit 7825 Baymeadows Way Suite 100-B Jacksonville, FL 32256 | | Loan | | | | $145,304.10 |
| W.W. Grainger, Inc. 100 Grainger Parkway Lake Forest, IL 60045 | | Trade Debt | | | | $3,270.98 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Safe Electric, LLC**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jesus A. Castro**<br>**1428 Deuce Circle**<br>**Davenport, FL 33896** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 2, 2023**

Signature

Jesus A. Castro

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **Safe Electric, LLC** _____    Case No. _____
                                          Debtor(s)                    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    _05/28/23_ _____          _____

                                          **Jesus A. Castro/Sole Managing Member**
                                          Signer/Title

Safe Electric, LLC
1428 Deuce Circle
Davenport, FL 33896

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0289

Florida Dept. of Transportation
605 Suwanee St. MS 57
Tallahassee, FL 32399-0450

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Gulf Coast
1921 Tampa East Blvd.
Tampa, FL 33619

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

Central Florida Expressway
Authority
4979 ORL Tower Rd.
Orlando, FL 32807

Ingold Law, PLLC
c/o Elizabeth Ingold, Esq.
5555 Main St.
Williamsville, NY 14221

AGA
740 Walt Whitman Rd.
Melville, NY 11747-9090

CMCS
10192 Grand River Rd.
Suite 111
Brighton, MI 48116

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

AMEX
Global Collections/Legal Group
200 Vesey St.
New York, NY 10285

Constructconnect, Inc.
Rookwood Exchange
3825 Edwards Rd. #800
Cincinnati, OH 45209

Isaac and Kimberly Wade
c/o Sallfield Shad, P.A.
245 Riverside Avenue, Ste. 400
Jacksonville, FL 32202

AMEX
c/o Lisa Disalle, Esq.
9550 Regency Square Blvd.
Ste. 501
Jacksonville, FL 32225

CT Corporation System
Registered Agent for Sunbelt
1200 South Pine Island Road
Plantation, FL 33324

Jesus A. Castro
1428 Deuce Circle
Davenport, FL 33896

AMEX
P.O. Box 278
Ramsey, NJ 07446-0278

DAL, Inc.
P.O. Box 162
Clifton Heights, PA 19018-0162

Mayer Electric
3405 4th Ave. S
Birmingham, AL 35222

Auto Owners Insurance Company
6101 Anacapri Blvd.
Lansing, MI 48917

FFVA Mutual Insurance Co.
P.O. Box 948239
Maitland, FL 32794-8239

ODK Capital, LLC
4700 W Daybreak Pkwy.
Ste. 200
South Jordan, UT 84009

Auto-Owners Insurance Company
c/o Chief Financial Officer, RA
200 E. Gaines St.
Tallahassee, FL 32399

Florida Deparment of Revenue
Orlando Service Center
400 W. Robinson St., Ste. N302
Orlando, FL 32801

Regions Bank
c/o Collateral Management Dept.
P.O. Box 12926
Birmingham, AL 35202

Safe Electric, LLC - - Pg. 2 of 2

Regions Bank
Attn:  Bankruptcy
2050 Parkway Office Cir
Birmingham, AL 35244

Regions Bank
c/o Ronald B. Cohn, Esq.
One Tampa City Center
201 N. Franklin St., Ste. 3200
Tampa, FL 33602-2626

Regions Bank
Corporation Service Company
as Registered Agent
1201 Hays St.
Tallahassee, FL 32301

Rexel USA, Inc.
P.O. Box 768
Attn: Credit Department
Addison, TX 75001-0766

Rexel USA, Inc.
c/o Corporation Service Company
as Registered Agent
1201 Hays St.
Tallahassee, FL 32301

Rexel USA, Inc.
c/o Robert B. Worman, Esq.
2600 Lake Lucien Dr.
Ste. 405
Maitland, FL 32751

Richard T. Avis, Attorney & Asso
c/o Edward Zimel, Jr.
P.O. Box 31579
Chicago, IL 60631

Ronald B. Cohn, Esq.
Burr Forman
201 N Franklin St., Ste 3200
Tampa, FL 33602

Sunbelt Rentals, Inc.
P.O. Box 409211
Suite 22
Atlanta, GA 30384-9211

Sunbelt Rentals, Inc.
1799 Innovation Point
Fort Mill, SC 29715

Sunstate Equipment Co, LLC
5552 E. Washington St.
Phoenix, AZ 85034

The Commercial Collection Corp
of NY, Inc.
P.O. Box 288
Tonawanda, NY 14151-0288

The Home Depot
P.O. Box 790340
Saint Louis, MO 63179-0340

The Home Depot, Inc.
2455 Paces Ferry Rd.
Atlanta, GA 30339

U.S. Small Business Admin.
2 North 20th Street
Suite 320
Birmingham, AL 35203

Unique Funding Solutions, LLC
c/o Yonatan Klestzick, Esq.
71 S. Central Ave.
2nd Floor
Valley Stream, NY 11580

United Rentals
Branch 669
1150 E. Lanstreet Rd.
Orlando, FL 32824

United Rentals (North America)
100 First Stamford Place
Suite 700
Stamford, CT 06902

US Small Business Admin.
Litigation Unit
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045

William M. Lindeman, PA
200 East Robinson St., Ste. 290
Orlando, FL 32801

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Safe Electric, LLC**                                                          Case No.
                                                        Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $           **19,980.00**

    Prior to the filing of this statement I have received ...........................    $           **19,980.00**

    Balance Due ..........................................................................    $                 **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  2, 2023**                                          **/s/ Daniel A. Velasquez**
*Date*                                                     **Daniel A. Velasquez 0098158**
                                                           *Signature of Attorney*
                                                           **Latham Luna Eden & Beaudine LLP**
                                                           **201 S. Orange Avenue**
                                                           **Suite 1400**
                                                           **Orlando, FL 32801**
                                                           **(407) 481-5800  Fax: (407) 481-5801**
                                                           **dvelasquez@lathamluna.com**
                                                           *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Safe Electric, LLC**                                  Case No.

                                          Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Safe Electric, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  2, 2023**
Date

**/s/ Daniel A. Velasquez**
**Daniel A. Velasquez 0098158**
Signature of Attorney or Litigant
Counsel for   **Safe Electric, LLC**
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800 Fax:(407) 481-5801**
**dvelasquez@lathamluna.com**